

**FILED**

**8/8/2008**

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                                              DEPUTY

**Richard D. Emmerson, et al**                              **08cv1439 W (WMc)**

**-v-**

**United States of America**

**SEALED DOCUMENT**

**1-Complaint**

1