Summons in a Civil Action (Rev 11/97)

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 AUG -8 AM 9:28
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY



RICHARD D. EMMERSON
AND M. HELEN EMMERSON,

vs  *Plaintiffs,*

UNITED STATES OF AMERICA.

*Defendant.*

SUMMONS IN A CIVIL ACTION
Case No.

'08 CV 1439 W WMc

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Richard V. Vermazen, Esq., 1951 Cable Street, San Diego, CA 92107

Lauren A. Rinsky, Esq., 11440 West Bernardo Court, Ste 170, San Diego, CA 92127

An answer to the complaint which is herewith served upon you, within ___60___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK
K. HAMMERLY

By _____ Deputy Clerk

AUG - 8 2008
DATE

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)