Summons in a Civil Action (Rev 11/97)

FILED

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

2008 AUG 14  PM 3:56

~~ORIGINAL~~

BY _____ DEPUTY

RICHARD D. EMMERSON
AND M. HELEN EMMERSON,
        vs  Plaintiffs,

UNITED STATES OF AMERICA.
        Defendant.

SUMMONS IN A CIVIL ACTION
Case No.

'08 CV 1439 W WMc

TO: (Name and Address of Defendant)

    YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Richard V. Vermazen, Esq., 1951 Cable Street, San Diego, CA 92107
Lauren A. Rinsky, Esq., 11440 West Bernardo Court, Ste 170, San Diego, CA 92127

    An answer to the complaint which is herewith served upon you, within ___60___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

By K. HAMMERLY Deputy Clerk

AUG - 8 2008

DATE

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| RETURN OF SERVICE |||
|---|---|---|
| Service of the Summons and Complaint was made by me || DATE 8-14-2008 |
| NAME OF SERVER Anna H Evashko || TITLE |
| Check one box below to indicate appropriate method of service |||
| [X] | Served personally upon the defendant. Place where served: Mary Wiggins / Civil Process Clerk 15th Floor, Suite 1500, 101 W. Broadway San Diego, CA 92101 ||
| [ ] | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein: ||
|| Name of person with whom the summons and complaint were left: _____ ||
| [ ] | Return unexecuted: ||
| [ ] | Other (specify): ||

### STATEMENT OF SERVICE FEES

| TRAVEL | | SERVICES | TOTAL | |
|---|---|---|---|---|
| | | | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on: 8-14-08   Date

Signature of Server: Anna H. Evashko

Address of Server: 1951 Cable St., San Diego CA 92107

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

| RETURN OF SERVICE |||
|---|---|---|
| Service of the Summons and Complaint was made by me || DATE 8-14-2008 |
| NAME OF SERVER  Anna H Evashko || TITLE |

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant. Place where served: Mary Wiggins / Civil Process, Clerk
15th Floor, Suite 1500, 101 W. Broadway
San Diego, CA 92101

[ ] Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: _____

[ ] Return unexecuted:

[ ] Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | | SERVICES | TOTAL | |
|---|---|---|---|---|
| | | | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on: 8-14-08  Date

Signature of Server: Anna H. Evashko

Address of Server: 1951 Cable St., San Diego CA 92107

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure