# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD D. EMMERSON and M. HELEN EMMERSON,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CASE NO. 08-CV-1439 W (WMc)<br><br>**ORDER (1) GRANTING EX PARTE APPLICATION TO FILE REDACTED COMPLAINT [DOC. NO. 4] AND (2) SEALING ORIGINAL COMPLAINT [DOC. NO. 1]** |

On August 8, 2008, Plaintiffs filed this lawsuit to recover certain federal taxes payments. The original complaint includes exhibits containing social security numbers. Plaintiffs, therefore, seek an order sealing the original complaint and allowing them to file a redacted copy of the complaint.

General Order No. 514 for the U.S. District Court for the Southern District of California requires counsel or parties to remove or redact personal information, including social security numbers, from all pleadings and exhibits filed with the District Court. General Order 514-C further provides,

> . . . a party seeking to file a document containing the personal data identifiers. . . may file an unredacted document under seal. This document

shall be retained by the court as part of the record.  The court may, however, still require the party to file a redacted copy for the public file.

Based on the foregoing, the Court **GRANTS** Plaintiffs' ex parte application, and **ORDERS** as follows:

1. Plaintiffs' complaint (Doc. No. 1) is hereby **ORDERED** sealed.
2. Plaintiffs shall file a redacted copy of the complaint on or before **August 29, 2008.**  The redacted copy shall include the same title as the original complaint, except that the title shall indicate that the document is redacted.

**IT IS SO ORDERED.**

DATED:  August 22, 2008

_____
Hon. Thomas J. Whelan
United States District Judge